UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CR-733 CEJ |
| ) | |
| MALCOLM J. MURPHY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On January 29, 2007, Judge Noce issued an Order and Recommendation, recommending denial of the motions of defendant Malcolm J. Murphy to suppress evidence and statements. The defendant has not filed objections to the recommendations, and the deadline for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Malcolm J. Murphy to suppress evidence [Doc. # 12] and to suppress statements [Doc. # 19] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2007.